IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-00176

GREGORY WOODS

## MEMORANDUM OPINION AND ORDER

In Charleston, on November 2, 2020, came the defendant, Gregory Woods, in person and by counsel, Brady Campbell; came the United States by Joshua Hanks, Assistant United States Attorney; and came United States Probation Officer Mark Ruscello, for a hearing on the petition to revoke the defendant's term of supervised release. The court had previously continued this hearing to November 2, 2020, upon the uncontested motion of defendant.

For reasons placed on the record at the hearing, counsel for defendant asked the court to again continue the revocation hearing and to consolidate sentencing in this matter with sentencing in case no. 2:20-cr-00153, to be held February 1, 2021. The government did not object to defendant's motion. Accordingly, the court **ORDERS** that the revocation hearing be continued to February 1, 2021, at 11:30 a.m. in Charleston.

**IT IS SO ORDERED** this 3rd day of November, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge